No. 93–5784.   HOFFMAN v. IDAHO.   Sup. Ct. Idaho;
No. 93–6885.   WILLIAMS v. ALABAMA.   Sup. Ct. Ala.;
No. 93–7075.   CORAL v. ALABAMA.   Sup. Ct. Ala.;
No. 93–7247.   OGAN v. TEXAS.   Ct. Crim. App. Tex.;
No. 93–7269.   TUCKER v. TEXAS.   Ct. Crim. App. Tex.;
No. 93–7317.   JONES v. ILLINOIS.   Sup. Ct. Ill.;
No. 93–7331.   BEHRINGER v. TEXAS.   Ct. Crim. App. Tex.;
No. 93–7423.   JENKINS v. ALABAMA.   Sup. Ct. Ala.;
No. 93–7482.   MORENO v. TEXAS.   Ct. Crim. App. Tex.;
No. 93–7648.   DUBOIS v. VIRGINIA.   Sup. Ct. Va.; and
No. 93–7778.   YOUNG v. PENNSYLVANIA.   Sup. Ct. Pa.   Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins,* 510 U. S. 1141, 1143 (1994), I would grant certiorari and vacate the death sentences in these cases.